[No. 47630-4-II. Division Two. September 7, 2016.]

STATE OF WASHINGTON, *Respondent*, v. ALLEN R. SELLERS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01595-0, Derek J. Vanderwood, J., entered May 27, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Maxa, JJ.

[No. 48825-6-II. Division Two. September 7, 2016.]

*In the Matter of the Personal Restraint of* MICHAEL TROY YEAGER, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.

[No. 32616-1-III. Division Three. September 8, 2016.]

LAKODA, INC., *Respondent*, v. OMH PROSCREEN USA, INC., ET AL. *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-01911-4, Annette S. Plese, J., entered June 27, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 74039-3-I. Division One. September 12, 2016.]

MICHAEL DURLAND ET AL., *Appellants*, v. SAN JUAN COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-2-00607-6, Deborra Garrett, J., entered September 17, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Dwyer, J.